UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Carolyn Smith, The Village at Hunters Crossing, L.L.C., Lirtex Properties, LLC<br><br>vs.<br><br>The City of Bastrop, Connie Schroeder, Willie "Bill" Lewis Peterson, Drusilla Rogers, Lyle Nelson, Bill Ennis, Dock Jackson, Lynda Humble, Rick Womble, Michelle Dodson, Tabitha Pucek, Forestar (USA) Real Estate Group, Inc., TF Hunters Crossing, L.P. | §<br>§<br>§   NO:   AU:19-CV-01054-RP<br>§<br>§<br>§ |

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear for a final pretrial conference on Wednesday, May 05, 2021 at 09:00 AM in the United States Courthouse, Courtroom #4, Fifth Floor, 501 West 5th Street, Austin, Texas.

The parties should consult Local Rules CV-16(e)–(f) regarding matters to be filed in advance of the final pretrial conference. Each party is expected to file the materials required by Local Rule CV-16(e) as one electronic document, styled as a "Notice to the Court," with each of the 10 submissions identified in the Local Rules (as applicable) attached as an exhibit to that electronic document. If a party deems it necessary to file any of those submissions under seal, it may file one separate electronic document, styled as a "Motion for Leave to File Under Seal," and attach those submissions as exhibits. Any such motion should explain in detail why sealing the attached exhibits is necessary. Similar expectations govern the submissions required by Local Rule CV-16(f).

**SIGNED** on 12th day of April, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE