UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Carolyn Smith, The Village at Hunters Crossing, §
L.L.C., Lirtex Properties, LLC                  §
                                                §      NO:   AU:19-CV-01054-RP
vs.                                             §
                                                §
The City of Bastrop, Connie Schroeder, Willie   §
"Bill" Lewis Peterson, Drusilla Rogers, Lyle
Nelson, Bill Ennis, Dock Jackson, Lynda
Humble, Rick Womble, Michelle Dodson,
Tabitha Pucek, Forestar (USA) Real Estate
Group, Inc., TF Hunters Crossing, L.P.

## ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by

phone for a FINAL PRETRIAL CONFERENCE BY VIDEO on May 05, 2021  at  09:00 AM .

The courtroom deputy will send out connection information prior to the hearing.

**SIGNED** on 28th day of April, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE