IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CAROLYN SMITH, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:19-CV-1054-RP |
| THE CITY OF BASTROP, et al., | § § § | |
| Defendants. | § § | |

## ORDER

On May 5, 2021 the Court held a final pretrial conference in the above-entitled matter. The Court confirmed that this case is set for bench trial beginning May 17, 2021.

Having considered the parties' submissions, the record, and the applicable law, the Court **OVERRULES** Defendants' Objections to Plaintiffs' Exhibit List as to Exhibits No. 27–33, 35–39, 44–54, 60, 62–65, 74, and 75 without prejudice to Defendants' right to object to exhibits at trial. (Dkt. 106). The Court notes that, as this will be a bench trial, admission of exhibits does not indicate that the Court will rely on these exhibits in ultimately reaching a decision in this case.

**SIGNED** on May 6, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE