IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLYN SMITH, THE VILLAGE AT HUNTERS CROSSING, L.L.C. and LIRTEX PROPERTIES, LLC, <br><br>   Plaintiffs, <br><br> v. <br><br> THE CITY OF BASTROP, TEXAS, CONNIE SCHROEDER, WILLIE LEWIS "BILL" PETERSON, DRUSILLA ROGERS, LYLE NELSON, BILL ENNIS, and DOCK JACKSON, each in his or her official capacity as a member of the City Council of the City of Bastrop, Texas, and LYNDA HUMBLE, DRUSILLA ROGERS, RICK WOMBLE, MICHELLE DODSON, LYLE NELSON AND TABITHA PUCEK, each in his or her official capacity as a Director of Hunters Crossing Local Government Corporation, and TF HUNTERS CROSSING, L.P. as successor-in-interest to FORESTAR (USA) REAL ESTATE GROUP, INC., <br><br>   Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:19-cv-01054 |

## NOTICE TO THE COURT

TO THE HONORABLE JUDGE ROBERT PITMAN:

     Plaintiffs and Defendants submit the attached Joint Exhibit List. The parties have agreed to jointly offer these exhibits as admissible for all purposes in the trial scheduled to commence on Monday May 17, 2021.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Richard D. Milvenan*<br><br>Richard D. Milvenan<br>Texas Bar No. 14171800<br>Ian Davis<br>Texas Bar No. 24120793<br><br>**MCGINNIS LOCHRIDGE LLP**<br>600 Congress Avenue, Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 495-6000<br>Facsimile:  (512) 505-6331<br>rmilvenan@mcginnislaw.com<br><br>**COUNSEL FOR PLAINTIFFS** | By: */s/ George E. Hyde*<br><br>George E. Hyde<br>Texas Bar No. 45006157<br>Bradford E. Bullock<br>Texas Bar No. 00793423<br><br>**RUSSELL RODRIGUEZ HYDE BULLOCK, LLP**<br>1633 Williams Drive, Bldg. 2, Suite 200<br>Georgetown, Texas 78628<br>ghyde@txlocalgovlaw.com<br>bbullock@txlocalgovlaw.com<br>(866) 929-1641 – fax<br><br>**COUNSEL FOR DEFENDANT CITY OF BASTROP AND INDIVIDUAL DEFENDANTS** |
| By: */s/ Michael J. Whellan*<br><br>Michael J. Whellan<br>Texas Bar. No. 21265550<br>Jeffrey J. Hobbs<br>Texas Bar No. 24012837<br><br>Armbrust & Brown, PLLC<br>100 Congress Avenue, Suite 1300<br>Austin, Texas  78701<br>(512) 435-2300 – telephone<br>(512) 435-2360 – facsimile<br>mwhellan@abaustin.com<br>jhobbs@abaustin.com<br><br>**COUNSEL FOR DEFENDANT TF HUNTERS CROSSING, L.P.** | |