SMITH ET AL. v. BASTROP ET AL.
WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION)
CIVIL ACTION NO.: 1:19-cv-01054

JUDGE ROBERT L. PITMAN

# JOINT LIST OF TRIAL EXHIBITS

| EXHIBIT NO. | EXHIBIT DESCRIPTION | EXHIBIT DATE | BATES RANGE |
|---|---|---|---|
| J-001 | City of Bastrop Resolution No. R-2001-19 | 9/11/2001 | PLAINTIFFS_000159–164 / Defendants' MSJ Exhibit 1 |
| J-002 | City of Bastrop Resolution No. R-2003-34 | 11/11/2003 | PLAINTIFFS_000242–245 / Defendants' MSJ Exhibit 2 |
| J-003 | City of Bastrop Ordinance No. 2003-35 (Including Attached Exhibits A, B, and C) | 12/9/2003 | PLAINTIFFS_000174–000220 |
| J-004 | 2003 Service and Assessment Plan (Exhibit B to City of Bastrop Ordinance No. 2003-35) | 12/9/2003 | Defendants' MSJ Exhibit 3A |
| J-005 | City of Bastrop Ordinance No. 2003-35, page 1 of recorded instrument | 12/9/2003 | Defendants' MSJ Exhibit 3B |
| J-006 | City of Bastrop Resolution No. R-2003-36 | 11/11/2003 | PLAINTIFFS_000165–173 |
| J-007 | City of Bastrop Ordinance No. 2004-42 | 12/14/2004 | PLAINTIFFS_000233–241 / Defendants' MSJ Exhibit 8 |
| J-008 | 2004 Development and Reimbursement Agreement | 2/24/2004 | PLAINTIFFS_000221–232 / Defendants' MSJ Exhibit 13 |
| J-009 | City of Bastrop Ordinance No. 2017-26 | 9/28/2017 | COB_00000299–302 / Defendants' MSJ Exhibit 4 |

**SMITH ET AL. v. BASTROP ET AL.**
**WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION)**
**CIVIL ACTION NO.: 1:19-cv-01054**

**JUDGE ROBERT L. PITMAN**

# JOINT LIST OF TRIAL EXHIBITS

| EXHIBIT NO. | EXHIBIT DESCRIPTION | EXHIBIT DATE | BATES RANGE |
|---|---|---|---|
| J-010 | City of Bastrop Ordinance No. 2018-24 | 9/25/2018 | COB_00000303–306 / Defendants' MSJ Exhibit 5 |
| J-011 | City of Bastrop Resolution No. R-2019-86 | 9/24/2019 | PLAINTIFFS_000299–355 / Defendants' MSJ Exhibit 6 |
| J-012 | City of Bastrop Ordinance No. 2019-40 (Including Attached Exhibits) | 9/24/2019 | COB_00003339–3407 / Defendants' MSJ Exhibit 7 |
| J-013 | Hunters Crossing Local Government Corporation Meeting Minutes and Notice from September 23, 2013 Meeting | 9/23/2013 | COB_00011088–93 |
| J-014 | Hunters Crossing Local Government Corporation Meeting Minutes and Notice from September 10, 2014 Meeting | 9/10/2014 | COB_00004036–38 |
| J-015 | Hunters Crossing Local Government Corporation Meeting Minutes and Notice from September 24, 2014 Meeting | 9/24/2014 | COB_00004039–42 |
| J-016 | Hunters Crossing Local Government Corporation Meeting Minutes and Notice from August 17, 2015 Meeting | 8/17/2015 | COB_00004046–49 |
| J-017 | Hunters Crossing Local Government Corporation Meeting Minutes and Notice from September 23, 2015 Meeting | 9/23/2015 | COB_00004050–53 |
| J-018 | Hunters Crossing Local Government Corporation Meeting Minutes and Notice from September 28, 2016 Meeting | 9/28/2016 | COB_00004065–71 |

**SMITH ET AL. v. BASTROP ET AL.**
**WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION)**
**CIVIL ACTION NO.: 1:19-cv-01054**

**JUDGE ROBERT L. PITMAN**

# JOINT LIST OF TRIAL EXHIBITS

| EXHIBIT NO. | EXHIBIT DESCRIPTION | EXHIBIT DATE | BATES RANGE |
|---|---|---|---|
| J-019 | Hunters Crossing Local Government Corporation Articles of Incorporation | 3/23/2004 | Defendants' MSJ Exhibit 10 |
| J-020 | Hunters Crossing Local Government Corporation First Amended Bylaws | 7/5/2011 | COB_00003801–815 / Defendants' MSJ Exhibit 11 |
| J-021 | Hunters Crossing Local Government Corporation Second Amended Bylaws | 5/8/2012 | COB_00008352–8365 |
| J-022 | Singleton Clark & Company Analysis of Developer Costs | 7/12/2011 | COB_00008106–8119 / Defendants' MSJ Exhibit 12 |
| J-023 | PID Payments Through Tax Year 2018, Dated June 12, 2019 | 6/12/2019 | COB_00015584 |
| J-024 | City of Bastrop City Council Meeting Minutes from September 10, 2019 | 9/10/2019 | TFHC_001925–32 |
| J-025 | LIRTEX Special Warranty Deed | 12/23/2015 | COB_00000290–296 |
| J-026 | The Village at Hunters Crossing Special Warranty Deed | 11/16/2017 | TFHC_088859–60 |
| J-027 | Howard Schain Special Warranty Deed | 5/15/2015 | PLAINTIFFS_000032–40 |

**SMITH ET AL. v. BASTROP ET AL.**
**WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION)**
**CIVIL ACTION NO.: 1:19-cv-01054**

**JUDGE ROBERT L. PITMAN**

# JOINT LIST OF TRIAL EXHIBITS

| EXHIBIT NO. | EXHIBIT DESCRIPTION | EXHIBIT DATE | BATES RANGE |
|---|---|---|---|
| J-028 | Smith Family Revocable Trust Deed – 2014 | 12/2/2014 | PLAINTIFFS_000461–63 |
| J-029 | Smith Revocable Trust Deed – 2004 | 7/30/2004 | PLAINTIFFS_000465 – 66 |
| J-030 | July 26, 2017 Hunters Crossing Local Government Corporation Meeting Agenda | 7/26/2017 | COB_00022637–54 |
| J-031 | Agreement of Purchase and Sale between Forestar and TFHC | 2/1/2018 | TFHC_017085–017363 |
| J-032 | TFHC Special Warranty Deed | 2/8/2018 | TFHC_000007–54 |
| J-033 | TFHC Assignment of Public Improvements District Development and Reimbursement Agreement | 2/8/2018 | TFHC_000001–06 |
| J-034 | 2019 Amended and Restated Development and Reimbursement Agreement | 9/25/2019 | PLAINTIFFS_000302–355 |