IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLYN SMITH, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Case No. 1:19-cv-01054-RP |
| | § | |
| THE CITY OF BASTROP, TEXAS, et al., | § | |
| *Defendants.* | § | |

**NOTICE TO THE COURT**

Defendants jointly file this notice with the document listed below pursuant to Local Rule 16(f) in advance of the May 17, 2021 nonjury trial in the above-styled matter:

Exhibit A    Defendants' Amended Joint List of Trial Exhibits.


Respectfully submitted,

| | |
|---|---|
| */s/ Jeff Hobbs* | */s/ Bradford E. Bullock* |
| **MICHAEL J. WHELLAN** | **GEORGE E. HYDE** |
| State Bar No. 21265550 | State Bar No 45006157 |
| mwhellan@abaustin.com | ghyde@txlocalgovlaw.com |
| **JEFFREY J. HOBBS** | **BRADFORD E. BULLOCK** |
| State Bar No. 24012837 | State Bar No. 00793423 |
| jhobbs@abaustin.com | bbullock@txlocalgovlaw.com |
| **ARMBRUST & BROWN, PLLC** | **RUSSELL RODRIGUEZ HYDE BULLOCK, LLP** |
| 100 Congress Avenue, Suite 1300 | 1633 Williams Drive, Building 2, Suite 200 |
| Austin, Texas 78701 | Georgetown, Texas 78628 |
| (512) 435-2300 – telephone | (512) 930-1317 – telephone |
| (512) 435-2360 – facsimile | (866) 929-1641 – facsimile |
| **ATTORNEYS FOR DEFENDANT TF HUNTERS CROSSING, L.P.** | **ATTORNEYS FOR THE CITY OF BASTROP, TEXAS, CONNIE SCHROEDER, WILLIE LEWIS "BILL" PETERSON, DRUSILLA ROGERS, LYLE NELSON, BILL ENNIS, DOCK JACKSON, RICK WOMBLE, MICHELLE DODSON, AND TABITHA PUCEK** |

**Notice to the Court – Page 1 of 2**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 17, 2021 the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and electronic mail.

                                          Rick Milvenan
                                          Ian Davis
                                          McGinnis Lochridge LLP
                                          600 Congress Avenue, Suite 2100
                                          Austin, Texas 78701
                                          rmilvenan@mcginnislaw.com
                                          edavis@mcginnislaw.com
                                          (512) 505-6331 - fax

                                          _____*/s/ Jeff Hobbs*_____
                                          Jeff Hobbs

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAROLYN SMITH, *et al.*, § | |
|     *Plaintiffs,* § | |
| § | |
| v. § | Case No. 1:19-cv-01054-RP |
| § | |
| THE CITY OF BASTROP, TEXAS, et al., § | |
|     *Defendants.* § | |

## DEFENDANTS' AMENDED JOINT LIST OF TRIAL EXHIBITS

Defendants jointly provide the revised list below of exhibits they intend to offer at the trial of the above-styled matter. Parenthetical references either identify the Bates labels for documents produced in discovery or the prefix "MSJ Exhibit ___" which refer to exhibits attached to Defendants' Joint Response to Plaintiffs' Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment.

| Exhibit No. | Description |
|---|---|
| 1. | State of Delaware Certificate of Limited Partnership for TF Hunters Crossing, LP dated January 18, 2018 (TFHC 88861-88862) |
| 2. | Plaintiff Carolyn Smith's Answers to First Set of Interrogatories and Responses to First Request for Production of TF Hunters Crossing, LP |
| 3. | Plaintiff The Village at Hunters Crossing, LLC's Answers to First Set of Interrogatories and Responses to First Request for Production of TF Hunters Crossing, LP |
| 4. | Plaintiff LIRTEX Properties, LLC's Answers to First Set of Interrogatories and Responses to First Request for Production of TF Hunters Crossing, LP |
| 5. | PID Assessment Lien Release – Undeveloped Lot (MSJ Exhibit 15) |
| 6. | Final Plat Hunters Crossing Section Three (MSJ Exhibit 22) |
| 7. | Bastrop Advertiser Notices of Public Hearings on 2019 Amended SAP (MSJ Exhibit 23) |
| 8. | Council Minutes appointing Trey Job to HCLGC (MSJ Exhibit 25) |

**EXHIBIT A**

Respectfully submitted,

| | |
|---|---|
| */s/ Jeff Hobbs* | */s/ Bradford E. Bullock* |
| **MICHAEL J. WHELLAN** | **GEORGE E. HYDE** |
| State Bar No. 21265550 | State Bar No 45006157 |
| mwhellan@abaustin.com | ghyde@txlocalgovlaw.com |
| **JEFFREY J. HOBBS** | **BRADFORD E. BULLOCK** |
| State Bar No. 24012837 | State Bar No. 00793423 |
| jhobbs@abaustin.com | bbullock@txlocalgovlaw.com |
| **ARMBRUST & BROWN, PLLC** | **RUSSELL RODRIGUEZ HYDE BULLOCK, LLP** |
| 100 Congress Avenue, Suite 1300 | 1633 Williams Drive, Building 2, Suite 200 |
| Austin, Texas 78701 | Georgetown, Texas 78628 |
| (512) 435-2300 – telephone | (512) 930-1317 – telephone |
| (512) 435-2360 – facsimile | (866) 929-1641 – facsimile |
| **ATTORNEYS FOR DEFENDANT TF HUNTERS CROSSING, L.P.** | **ATTORNEYS FOR THE CITY OF BASTROP, TEXAS, CONNIE SCHROEDER, WILLIE LEWIS "BILL" PETERSON, DRUSILLA ROGERS, LYLE NELSON, BILL ENNIS, DOCK JACKSON, RICK WOMBLE, MICHELLE DODSON, AND TABITHA PUCEK** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021 the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and electronic mail.

| | |
|---|---|
| George E. Hyde | Rick Milvenan |
| Bradford E. Bullock | Ian Davis |
| Russell Rodriguez Hyde Bullock, LLP | McGinnis Lochridge LLP |
| 1633 Williams Drive, Bldg. 2, Suite 200 | 600 Congress Avenue, Suite 2100 |
| Georgetown, Texas 78628 | Austin, Texas 78701 |
| ghyde@txlocalgovlaw.com | rmilvenan@mcginnislaw.com |
| bbullock@txlocalgovlaw.com | edavis@mcginnislaw.com |
| (866) 929-1641 - fax | (512) 505-6331 - fax |

                                                    */s/ Jeff Hobbs*
                                                    Jeff Hobbs